UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATELYN MARIE JONES,

Defendant.
_______________________________/

Hon. Phillip J. Green

Case No. 1:26-mj-00473

**ORDER**

Defendant appeared before me on October 28, 2026, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing. I find that her waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on October 28, 2026.

/s/ Phillip J. Green
Phillip J. Green
United States Magistrate Judge